United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN PALACE CHINESE & JAPANESE RESTAURANT, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02284-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 1 |

Plaintiff filed her complaint on March 31, 2021. (Dkt. No. 1.) Pursuant to General Order 65, ¶ 7(a), the parties were required to conduct a joint inspection of the premises within sixty days after service of the complaint. Within forty-two days of the joint site inspection, the parties are required to file a Notice of Need for Mediation. The Court's docket indicates that Defendants were served on May 5, 2021, May 7, 2021, and May 9, 2021. (Dkt. Nos. 8, 9, 10.) Therefore, pursuant to General Order 56, the last day for Plaintiff to file a Notice of Need for Mediation was August 19, 2021. To date, Plaintiff has filed no such notice. The last filing in this case was Defendants' consent to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636, filed almost a full year ago on June 9, 2021. (Dkt. No. 13.)

The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute the case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than May 6, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

/ / /

/ / /

/ / /

1   Plaintiff is admonished that, if she does not file a response by this deadline, the Court will
2   dismiss the action without prejudice.
3   **IT IS SO ORDERED**.
4   Dated: April 25, 2022



SALLIE KIM
United States Magistrate Judge