UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOLDEN PALACE CHINESE & JAPANESE RESTAURANT, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02284-SK<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 14 |

On April 25, 2022, the Court issued an Order to Show Cause requiring Plaintiff to respond in writing no later than May 6, 2022, indicating why this case should not be dismissed for failure to prosecute after sitting inactive on the Court's docket for over a year. (Dkt. No. 14.) The deadline to respond to the Order to Show Cause has long passed, and Plaintiff has filed no response.

Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than July 13, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and why Counsel should not be personally sanctioned in the amount of $1,000 for failure to respond to the Court's first Order to Show Cause. Additionally, Plaintiff is admonished that, if he fails to file a response to this OSC by July 13, 2022, the Court will dismiss this matter for failure to prosecute and will sanction Plaintiff's Counsel without any further notice.

**IT IS SO ORDERED**.

Dated: July 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge